DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE BARTEET,**
Appellant,

v.

**MOMBACH, BOYLE, HARDIN & SIMMONS, P.A. and JASON ARI SMITH, ESQUIRE**
Appellees.

No. 4D19-3564

[October 15, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2019-CA-002534-XXXX-MB.

Chance McClain of Law Office of Chance McClain, Lake Park, for appellant.

Michael P. Hamaway, Esq. and Jason Ari Smith, Esq. of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***